1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING KESLER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Insurance Company; *et al*,<br><br>    Defendants. | No. 05-00391 MJJ<br><br>**STIPULATION EXTENDING TIME TO SERVE THE THIRD-PARTY COMPLAINT UPON THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD KESLER** |

Granted

WHEREAS, on February 19, 2005, Plaintiff Irving Kesler filed his Amended Complaint against Defendants Continental Casualty Company ("Continental") and Union Pacific Railroad Company;

WHEREAS, on February 1, 2005, Continental filed a Third-Party Complaint against Third-Party Defendants, including the legal representative of the Estate of Donald Kesler;

WHEREAS, in the underlying action, *Union Pacific Railroad v. West Coast Metals, et al.*, (U.S.D.C. N.D. Cal. No. 04-02835) (the "Union Pacific Action"), Union Pacific has named the Estate of Donald Kesler as a defendant pursuant to Section 550(a)

CBM-IPG\SF260724.2

-1-

1  of the California Probate Code, insofar as Union Pacific seeks to establish Donald
2  Kesler's liability for which Donald Kesler was allegedly protected by insurance;
3        WHEREAS, Continental contends that, pursuant to Section 553 of the
4  California Probate Code, it must, in its Third-Party Complaint, join a personal
5  representative of the Estate of Donald Kesler insofar as Continental is contesting its
6  liability with respect to the Union Pacific Action;
7        WHEREAS, Donald Kesler died in 2000 in the County of Sonoma;
8        WHEREAS, Continental has effected proper service on all parties in this
9  matter other than the personal representative of the Estate of Donald Kesler;
10        WHEREAS, the Estate of Donald Kesler was not administered or probated
11  according to the Sonoma County Probate Department and Continental contends that, as a
12  consequence, there is no personal representative of the Estate of Donald Kesler as
13  "personal representative" is defined under Section 58 of the California Probate Code;
14        WHEREAS, in order to effect service, a personal representative must be
15  appointed and the process of appointing a personal representative may take more than two
16  months;
17        WHEREAS, if the process of appointment cannot be concluded prior to
18  August 8, 2005, Continental will apprise the Court of the status of the appointment and
19  seek an appropriate extension;
20        WHEREAS, Continental has made and will continue to make a good faith
21  effort to serve the Estate of Donald Kesler;
22        WHEREAS, parties desire to resolve this issue with as little intrusion as
23  possible upon the family of Donald Kesler;
24        WHEREAS, Civil Local Rule 6-2 of the Northern District of California allows
25  a request made by written stipulation for a Court order enlarging time that involves papers
26  to be filed with the Court;
27        WHEREAS, this request does not affect any hearing or proceeding on the
28  Court's calendar;

CBM-IPG\SF260724.2

-2-

STIP. EXTENDING TIME TO SERVE 3D-PARTY COMP. UPON REP. OF ESTATE OF KESLER – CASE NO. 05-00391 MJJ

WHEREAS, it is in the interest of justice to extend Continental's time to serve process on the legal representative of the Estate of Donald Kesler.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for parties in this action:

1. Continental's time to effect service of process on the personal representative of the Estate of Donald Kesler is hereby extended to August 8, 2005.

Dated: June 2, 2005

CARROLL, BURDICK & McDONOUGH LLP

By _____
G. David Godwin
Robert Binion

CORTNER McNABOE COLLIAU & ELENIUS
Mark Gamboa

Attorneys for Defendant
Continental Casualty Company, erroneously sued herein as "CNA Insurance Company"

Dated: June 3, 2005

LAW OFFICES OF HANS W. HERB

By Hans Herb  by R. Binion on behalf of H. Herb
Hans W. Herb

Attorney for Plaintiff
Irving Kesler

CBM-IPG\SF260724.2

-3-

```
 1   Dated: June 3, 2005
 2                                          GREENBERG, GLUSKER FIELDS
                                            CLAMAN MACHTINGER & KINSELLA
 3                                          LLP
 4
                                            By /s/ David E. Cranston
 5                                             David E. Cranston
                                               Jennifer T. Taggart
 6                                             Shiraz D. Tangri

 7                                          Attorneys for Defendant
                                            Union Pacific Railroad Company
 8
     Dated: June __, 2005
 9

10                                          BEYERS | COSTIN

11                                          By _____
                                               Cameron Kirk, Jr.
12                                             Stephen Perry

13                                          Attorneys for Third-Party Defendants
                                            West Coast Metals, Inc., Jack L. Gardner and
14                                          William Whitman

15

16   Dated: June __, 2005

17                                          LEVY, RAM & OLSON LLP

18                                          By _____
19                                             Arthur D. Levy
                                               Heather M. Mills
20
                                            Attorneys for Third-Party Defendants
21                                          West Coast Welders Supply Co., Inc., West
                                            Coast Scrap Producers, Inc., Richard L.
22                                          Bradley, as an individual and as Trustee of
                                            the Richard L. Bradley Trust
23

24   It is SO ORDERED:

25

26   Dated: _____            _____
                                               Hon. Martin J. Jenkins
27                                             United States District Judge

28
     CBM-IPG\SF260724.2              -4-
     STIP. EXTENDING TIME TO SERVE 3D-PARTY COMP. UPON REP. OF ESTATE OF KESLER – CASE NO. 05-00391 MJJ
```

| | |
|---|---|
| 1  Dated: June ___, 2005 | |
| 2 | GREENBERG, GLUSKER FIELDS |
| 3 | CLAMAN MACHTINGER & KINSELLA LLP |
| 4 | By _____ |
| 5 | David E. Cranston |
| 6 | Jennifer T. Taggart |
|   | Shiraz D. Tangri |
| 7 | Attorneys for Defendant |
|   | Union Pacific Railroad Company |
| 8 | |
| 9  Dated: June 3, 2005 | |
| 10 | BEYERS | COSTIN |
| 11 | By _____ |
| 12 | Cameron Kirk, Jr. |
|    | Stephen Perry |
| 13 | Attorneys for Third-Party Defendants |
| 14 | West Coast Metals, Inc., Jack L. Gardner and William Whitman |
| 15 | |
| 16  Dated: June ___, 2005 | |
| 17 | LEVY, RAM & OLSON LLP |
| 18 | By _____ |
| 19 | Arthur D. Levy |
|    | Heather M. Mills |
| 20 | Attorneys for Third-Party Defendants |
| 21 | West Coast Welders Supply Co., Inc., West Coast Scrap Producers, Inc., Richard L. |
| 22 | Bradley, as an individual and as Trustee of the Richard L. Bradley Trust |
| 23 | |
| 24  It is SO ORDERED: | |
| 25 | |
| 26  Dated: _____ | _____ |
| 27 | Hon. Martin J. Jenkins |
|    | United States District Judge |
| 28 | |

CBM-IPG\SF260724.2

-4-

STIP. EXTENDING TIME TO SERVE 3D-PARTY COMP. UPON REP. OF ESTATE OF KESLER – CASE NO. 05-00391.MJJ

Dated: June ___, 2005

GREENBERG, GLUSKER FIELDS
CLAMAN MACHTINGER & KINSELLA
LLP

By _____
    David E. Cranston
    Jennifer T. Taggart
    Shiraz D. Tangri

Attorneys for Defendant
Union Pacific Railroad Company

Dated: June ___, 2005

BEYERS | COSTIN

By _____
    Cameron Kirk, Jr.
    Stephen Perry

Attorneys for Third-Party Defendants
West Coast Metals, Inc., Jack L. Gardner and
William Whitman

Dated: June 2, 2005

LEVY, RAM & OLSON LLP

By /s/ _____
    Arthur D. Levy
    Heather M. Mills

Attorneys for Third-Party Defendants
West Coast Welders Supply Co., Inc., West
Coast Scrap Producers, Inc., Richard L.
Bradley, as an individual and as Trustee of
the Richard L. Bradley Trust

It is SO ORDERED:

Dated: 6/8/2005      /s/ _____
    Hon. Martin J. Jenkins
    United States District Judge

APPROVED — Judge Martin J. Jenkins — United States District Court, Northern District of California