1  David E. Cranston (SBN 122558)
   Shiraz D. Tangri (SBN 203037)
2  GREENBERG GLUSKER FIELDS CLAMAN
   MACHTINGER & KINSELLA LLP
3  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
4  Telephone: 310.553.3610
   Fax: 310.553.0687
5
   Attorneys for Defendant/Cross-Defendant
6  UNION PACIFIC RAILROAD COMPANY

**FILED**

E-filing

AUG 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IRVING KESLER, | Case No. C 05-391 MJJ |
| 12            Plaintiff, | |
| 13        vs. | STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF PRETRIAL DEADLINES |
| 14  CONTINENTAL CASUALTY COMPANY, et al., | |
| 15 | |
| 16            Defendants. | |
| 17  CONTINENTAL CASUALTY COMPANY, | |
| 18            Cross-Claimant, | |
| 19        vs. | |
| 20  UNION PACIFIC RAILROAD COMPANY, et al., | |
| 21 | |
| 22            Cross-Defendants. | |

23

24       This Stipulation is made and entered into by the parties in this action, with

25  reference to the following:

26       WHEREAS, Plaintiff Irving Kesler filed Plaintiff filed his Complaint on

27  December 27, 2004, in the California Superior Court for the County of Sonoma (Case

28  No. SCV 236018);

1   WHEREAS, this action was removed to this Court on January 26, 2005, pursuant
2   to the Notice of Removal filed by Continental Casualty Company ("Continental") and
3   Union Pacific Railroad Company's ("UPRC") Joinder in Notice of Removal of Action;
4   WHEREAS, on February 7, 2005, the Court executed the Related Case Order,
5   ruling that this action is related to the action entitled *Union Pacific Railroad Co. v. West
6   Coast Welders Supply Co., Inc., et al.* (N.D. Cal. Case No. 04-2835 MJJ) (the "West
7   Coast Action");
8   WHEREAS, at the May 3, 2005, Case Management Conference, the Court
9   approved Plaintiff's proposal to conduct phased discovery, with the first phase limited to
10  discovery regarding the existence and terms of the insurance policies at issue ("Phase I");
11  WHEREAS, the Court's Amended Pretrial Order, dated May 23, 2005, establishes
12  a discovery cut-off of August 26, 2005, for Phase I discovery and a Phase I dispositive
13  motion hearing cut-off date of October 18, 2005;
14  WHEREAS, the parties have served initial disclosures in this action, responded to
15  written discovery demands propounded to date, and produced responsive documents;
16  WHEREAS, certain parties have or intend to meet and confer regarding the
17  discovery responses served and documents produced;
18  WHEREAS, the parties have noticed certain depositions and discussed scheduling
19  depositions beginning in August 2005, but no depositions have been conducted;
20  WHEREAS, the parties agreed to refrain from conducting further formal
21  discovery in order to facilitate mediation sessions scheduled for June and July 2005;
22  WHEREAS, the parties attended mediation of this and the West Coast Action on
23  June 21, 2005 and July 14, 2005 before the Hon. William L. Bettinelli (Ret.) of JAMS,
24  and the parties and the mediator agreed that substantial progress was made towards
25  resolution of this matter at those mediation sessions;
26  WHEREAS, at the July 14, 2005 mediation, Judge Bettinelli recommended and the
27  parties agreed to proceed with a further mediation of this and the West Coast Action, and
28  to pursue other settlement discussions;

1  WHEREAS, the parties remain interested in attempting to resolve this matter early in the litigation, *inter alia*, to minimize litigation costs and conserve judicial resources;

WHEREAS, the earliest possible date for the further mediation is September 6, 2005, due to the unavailability of the mediator and of as counsel and insurance carriers for the parties;

WHEREAS, the parties have agreed not to serve additional discovery demands, conduct depositions or file discovery motions before the further mediation scheduled for September 6, 2005;

WHEREAS, the parties believe that the September 6, 2005 mediation, additional mediation sessions and other settlement discussions (collectively, the "Mediation") will be facilitated by an order of this Court (1) staying discovery until after the September 6, 2005 mediation and (2) continuing the deadlines and hearing dates set forth in the Amended Pretrial Order; and

WHEREAS, the parties believe that good cause exists to stay discovery and modify the Amended Pretrial Order so the parties can continue settlement discussions, prepare for Mediation, minimize litigation costs, and conserve judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record that the parties request an Order as follows:

1. Discovery in this action is stayed until September 15, 2005, in so far as (1) no discovery requests or deposition notices may be served on any parties to this action, (2) no depositions may be conducted, and (3) no discovery motions may be served or filed by any parties to this action;

2. The deadline to add new parties and/or file amendments to pleadings shall be continued to October 14, 2005;

3. The cut-off date for Phase I non-expert discovery shall be continued to November 30, 2005;

4. All Phase I dispositive motions shall be heard on or before January 17, 2006; and

5. The Further Status Conference scheduled for November 15, 2005 at 2:00 p.m. shall be continued until February 14, 2006 at 2:00 p.m.

DATED: July 27, 2005            LAW OFFICES OF HANS W. HERB

By: _____
Hans W. Herb
Attorneys for Plaintiff Irving K. Kesler

DATED: July 27, 2005            CARROLL, BURDICK & McDONOUGH LLP

By: _____
G. David Godwin
Attorneys for Defendant Continental Casualty Co.

DATED: July 27, 2005            GREENBERG GLUSKER FIELDS CLAMAN
                                MACHTINGER & KINSELLA LLP

By: _____
Shiraz D. Tangri
Attorneys for Defendant/Cross-Defendant
Union Pacific Railroad Company

DATED: July 27, 2005            LEVY, RAM & OLSON, L.L.P.

By: _____
Heather M. Mills
Attorneys for Third-Party Defendants
West Coast Welders Supply Co., Inc.;
West Coast Scrap Producers, Inc.; and Richard L.
Bradley, for himself and as Trustee of the Richard
L. Bradley Trust

DATED: July 27, 2005            BEYERS, COSTIN & CASE

By: _____
Cameron Scott Kirk
Attorneys for Third-Party Defendants
West Coast Metals, Inc.; Jack. L. Gardner; and
William Whitman

4
STIPULATION & ORDER FOR STAY OF DISCOVERY - C 05-391 MJJ

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that:

1. Discovery in this action is stayed until September 15, 2005, in so far as (1) no discovery requests or deposition notices may be served on any parties to this action, (2) no depositions may be conducted, and (3) no discovery motions may be served or filed by any parties to this action;

2. The deadline to add new parties and/or file amendments to pleadings shall be continued to October 14, 2005;

3. The cut-off date for Phase I non-expert discovery shall be continued to November 30, 2005;

4. All Phase I dispositive motions shall be heard on or before January 17, 2006; and

5. The Further Status Conference scheduled for November 15, 2005 at 2:00 p.m. shall be continued until February 14, 2006 at 2:00 p.m.

DATED: 8/1, 2005

Hon. Martin J. Jenkins
United States District Judge