E-filing

LEVY, RAM & OLSON LLP
ARTHUR D. LEVY (SBN 95659)
HEATHER M. MILLS (SBN 215293)
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415/433-4949

Attorneys for Third-Party Defendants
WEST COAST WELDERS SUPPLY COMPANY, INC.;
WEST COAST SCRAP PRODUCERS, INC.; AND
RICHARD L. BRADLEY, as an individual and as Trustee
of the Richard L. Bradley Trust

**FILED**

DEC 0 9 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING KESLER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, an Illinois Insurance Company; et al., <br><br> Defendants. <br><br> AND RELATED ACTIONS | Case No. 05 00391 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF PRETRIAL DEADLINES |

This Stipulation is entered into by the parties in this action with reference to the following:

WHEREAS, at the May 3, 2005 Case Management Conference, the Court approved a proposal to conduct phased discovery, with the first phase limited discovery regarding the existence and terms of the insurance policies at issue ("Phase I");

WHEREAS, on August 1, 2005, the parties stipulated to modify the Court's May 23, 2005 Amended Pre-trial Order to continue the cutoff date for Phase I non-expert discovery from

---

STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF PRETRIAL DEADLINES
Case No. C 04 2835 MJJ

Page 1

August 26, 2005 to November 30, 2005, and continue the last day for Phase I dispositive motions to be heard from October 18, 2005 to January 17, 2006.

WHEREAS, the parties have served initial disclosures in this action, responded to written discovery demands propounded to date, and produced responsive documents;

WHEREAS, certain parties have met and conferred regarding the discovery responses served and documents produced;

WHEREAS, the parties have noticed certain depositions, but no depositions have occurred, and the parties have agreed to take all noticed depositions off calendar pending settlement discussions;

WHEREAS, the parties have attended numerous mediation sessions before Judge Bettinelli and substantial progress has been made towards resolution of this matter;

WHEREAS, the parties remain interested in attempting to resolve this matter early in the litigation to minimize litigation costs and conserve judicial resources;

WHEREAS, settlement discussions will be facilitated by an order of this Court to continue the deadlines in the August 1, 2005 Stipulation and Order For Stay of Discovery and Continuation of Pretrial Deadlines to allow the parties to complete settlement discussions and memorialize a settlement agreement, as follows:

| Description | Current Date | Proposed Date |
|---|---|---|
| Phase I non-Expert Discovery Cutoff | November 30, 2005 | January 31, 2006 |
| Further Status Conference | February 14, 2005 | February 14, 2005 |
| Last Day to Hear Phase I Dispositive Motions | January 17, 2005 | March 17, 2006 |

WHEREAS, the parties believe that good cause exists to modify the August 1, 2005 Order For Continuation of Pretrial Deadlines to allow the parties to continue settlement discussions;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record that the parties request an Order as follows:

---

STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF PRETRIAL DEADLINES

Page 2

Case No. C 04 2835 MJJ

1. The cutoff date for Phase I non-expert discovery shall be continued to January 31, 2006;
2. The Further Status Conference scheduled for February 14, 2006 at 2:00 p.m. will remain on calendar;
3. All Phase I dispositive motions shall be heard on or before March 17, 2006.

Dated: November 28, 2005           LAW OFFICES OF HANS HERB

                                    By: /s/ Hans Herb
                                        Hans W. Herb by Arthur Levy
                                        Attorneys for Plaintiff IRVING K. KESLER

Dated: November 23, 2005           LEVY, RAM & OLSON LLP

                                    By: /s/
                                        Heather Mills
                                        Attorneys for Cross-Complainants WEST COAST
                                        WELDERS SUPPLY COMPANY, INC.; WEST
                                        COAST SCRAP PRODUCERS, INC.; and
                                        RICHARD L. BRADLEY

Dated: November ___, 2005          CARROLL, BURDICK & McDONOUGH LLP

                                    By: _____
                                        G. David Godwin
                                        Attorneys for Defendant/Third Party Claimant
                                        CONTINENTAL CASUALTY COMPANY

Dated: November 23, 2005           GREENBERG GLUSKER FIELDS CLAMAN
                                    MACHTINGER & KINSELLA LLP

                                    By: /s/ Shiraz Tangri
                                        Shiraz D. Tangri
                                        Attorneys for Defendant/Cross-Defendant
                                        UNION PACIFIC RAILROAD COMPANY

Dated: November ___, 2005          BEYERS, COSTIN & CASE

                                    By: _____
                                        Cameron Scott Kirk
                                        Attornesy for Third-Party Defendants

---

STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF
PRETRIAL DEADLINES

Page 3

Case No. C 04 2835 MJJ

2. The Further Status Conference scheduled for February 14, 2006 at 2:00 p.m. will remain on calendar;

3. All Phase I dispositive motions shall be heard on or before March 17, 2006.

Dated: November ____, 2005      LAW OFFICES OF HANS HERB

By: _____
Hans W. Herb
Attorneys for Plaintiff IRVING K. KESLER

Dated: November ____, 2005      LEVY, RAM & OLSON LLP

By: _____
Heather Mills
Attorneys for Cross-Complainants WEST COAST WELDERS SUPPLY COMPANY, INC.; WEST COAST SCRAP PRODUCERS, INC.; and RICHARD L. BRADLEY

Dated: November 28, 2005        CARROLL, BURDICK & McDONOUGH LLP

By: _____
G. David Godwin
Attorneys for Defendant/Third Party Claimant
CONTINENTAL CASUALTY COMPANY

Dated: November ____, 2005      GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By: _____
Shiraz D. Tangri
Attorneys for Defendant/Cross-Defendant
UNION PACIFIC RAILROAD COMPANY

Dated: November ____, 2005      BEYERS, COSTIN & CASE

By: _____
Cameron Scott Kirk
Attorney for Third-Party Defendants
WEST COAST METALS, INC.; JACK L. GARDNER; and WILLIAM WHITMAN

STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF PRETRIAL DEADLINES

Case No. C 04 2835 MJJ

Page 3

2. The Further Status Conference scheduled for February 14, 2006 at 2:00 p.m. will remain on calendar;

3. All Phase I dispositive motions shall be heard on or before March 17, 2006.

Dated: November ____, 2005      LAW OFFICES OF HANS HERB

By: _____
    Hans W. Herb
    Attorneys for Plaintiff IRVING K. KESLER

Dated: November ____, 2005      LEVY, RAM & OLSON LLP

By: _____
    Heather Mills
    Attorneys for Cross-Complainants WEST COAST WELDERS SUPPLY COMPANY, INC.; WEST COAST SCRAP PRODUCERS, INC.; and RICHARD L. BRADLEY

Dated: November ____, 2005      CARROLL, BURDICK & McDONOUGH LLP

By: _____
    G. David Godwin
    Attorneys for Defendant/Third Party Claimant
    CONTINENTAL CASUALTY COMPANY

Dated: November ____, 2005      GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By: _____
    Shiraz D. Tangri
    Attorneys for Defendant/Cross-Defendant
    UNION PACIFIC RAILROAD COMPANY

Dated: November 28, 2005      BEYERS, COSTIN & CASE

By: _____
    Cameron Scott Kirk
    Attornesy for Third-Party Defendants
    WEST COAST METALS, INC.; JACK L. GARDNER; and WILLIAM WHITMAN

---

STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF PRETRIAL DEADLINES

Page 3

Case No. C 04 2835 MJJ

WEST COAST METALS, INC.; JACK L. GARDNER; and WILLIAM WHITMAN

### ORDER

IT IS HEREBY ORDERED that:

1. The cutoff date for Phase I non-expert discovery shall be continued to January 31, 2006;

2. The Further Status Conference scheduled for February 14, 2006 at 2:00 p.m. will remain on calendar;

3. All Phase I dispositive motions shall be heard on or before March 17, 2006.

Dated: 12/9, 2005

The Honorable Martin J. Jenkins
United States District Judge

F:\Docs\301-06\Pleadings\Stip Continue Pretrial Deadlines.wpd

STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY AND CONTINUATION OF PRETRIAL DEADLINES

Page 4

Case No. C 04 2835 MJJ