1  Jeffrey A. Turkell (State Bar No. 123312)
   CARON, CONSTANTS & WILSON
2  500 North Brand Boulevard, Suite 400
   Glendale, California 91203
3  Telephone: (818) 547-6530
   Fax: (818) 547-6582
4
   Attorneys for Third-Party Defendant
5  Fireman's Fund Insurance Company

6  G. David Godwin, Esq.
   Robert Binion, Esq.
7  CARROLL, BURDICK & McDONOUGH LLP
   44 Montgomery Street, Suite 400
8  San Francisco, CA 94104
9  Telephone: (415) 989-5900
   Fax: (415) 989-0932
10
   Attorneys for Defendant and Third-Party Defendant
11 Continental Casualty Co., and Defendants and
   Third-Party Defendants National Fire
12 Insurance Co. of Hartford, American Casualty
   Co. of Reading, PA, Transcontinental Ins. Co.,
13 Valley Forge Ins. Co., Columbia Casualty Co.,
   and Transportation Ins. Co.
14

E-filing

**FILED**

JAN 12 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15              UNITED STATES DISTRICT COURT
16             NORTHERN DISTRICT OF CALIFORNIA
17                 SAN FRANCISCO DIVISION
18

| | |
|---|---|
| 19  IRVING KESLER, an individual, | CASE NO. 05-cv-00391 MJJ |
| 20             Plaintiff, | |
| 21        v. | STIPULATION EXTENDING FIREMAN'S FUND'S TIME TO RESPOND TO |
| 22  CONTINENTAL CASUALTY COMPANY, an Illinois Insurance | AMENDED THIRD-PARTY COMPLAINT OF CONTINENTAL CASUALTY |
| 23  Company, UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, and | COMPANY, ET AL. |
| 24  DOES 1-100, Inclusive, | |
| 25            Defendants. | |
| 26  CONTINENTAL CASUALTY COMPANY, an Illinois Insurance | |
| 27  Company, NATIONAL FIRE INSURANCE COMPANY OF | |
| 28  | |

- 1 -

STIPULATION EXTENDING FIREMAN'S FUND'S TIME TO RESPOND TO AMENDED THIRD-PARTY COMPLAINT - 05-cv-00391 MJJ

| | |
|---|---|
| 1 | HARTFORD, AMERICAN CASUALTY COMPANY OF READING, PA, |
| 2 | TRANSCONTINENTAL INSURANCE COMPANY, VALLEY FORGE |
| 3 | INSURANCE COMPANY, COLUMBIA CASUALTY COMPANY, and |
| 4 | TRANSPORTATION INSURANCE COMPANY, |
| 5 | |
| 6 | Third-Party Plaintiffs, |
| 7 | v. |
| 8 | FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; |
| 9 | WEST COAST WELDERS SUPPLY CO., INC., a dissolved California Corporation, |
| 10 | WEST COAST SCRAP PRODUCERS, INC., a dissolved California Corporation, |
| 11 | RICHARD L. BRADLEY, as an individual and as Trustee of the RICHARD |
| 12 | L. BRADLEY TRUST, WEST COAST METALS, INC., a California Corporation, |
| 13 | PACIFIC JUNK, INC., a business entity, JACK L. GARDNER, an individual, |
| 14 | WILLIAM WHITMAN, an individual, the legal representative of the ESTATE OF |
| 15 | DONALD S. KESLER, and ROES 1 through 50 |
| 16 | |
| 17 | Third-Party Defendants |
| 18 | |

This Stipulation is made and entered into by Fireman's Fund Insurance Company ("Fireman's Fund") and defendants/cross-complainants Continental Casualty Company, National Fire Insurance Company of Hartford, American Casualty Company of Reading, PA, Transcontinental Insurance Company, Valley Forge Insurance Company, Columbia Casualty Company, and Transportation Insurance Company ("Continental"), with reference to the following:

WHEREAS, Plaintiff filed its Complaint on December 27, 2004, in the California Superior Court for the County of Sonoma (Case No. SCV 236018);

WHEREAS, this action was removed to this Court on January 26, 2005, pursuant to the

- 2 -

1  Notice of Removal filed by Continental on that date.

2  WHEREAS, Continental served Fireman's Fund its Amended Third-Party Complaint on
3  December 19, 2005;

4  WHEREAS, Fireman's Fund and Continental have stipulated that Fireman's Fund's
5  response to the Amended Third-Party Complaint is due on or before February 9, 2006;

6  WHEREAS, Civil Local Rule 6-1 of the Northern District of California allows the parties
7  to "stipulate in writing, without a Court order, to extend the time within which to answer or
8  otherwise respond to the complaint . . . provided the change will not alter the date of any event
9  or any deadline already fixed by Court order," and

10  WHEREAS, allowing Fireman's Fund additional time to respond to the Amended Third-
11  Party Complaint will not alter the date of any event or deadline already fixed by Court order.

12  NOW, THEREFORE, IT IS HEREBY STIPULATED that Fireman's Fund shall have
13  until February 9, 2006, to answer or otherwise respond to Continental's Third-Party Complaint.

14
15  DATED: January ___, 2006            CARON, CONSTANTS & WILSON

16
17  By: _____
        Jeffrey A. Tuckell
18      Attorneys for Third-Party Defendant
        FIREMAN'S FUND INSURANCE
19      COMPANY

20
21  DATED: January ___, 2006            CARROLL, BURDICK & McDONOUGH LLP

22
23  By: _____
        G. David Godwin
24      Attorneys for Third-Party Plaintiffs
        CONTINENTAL CASUALTY COMPANY,
25      NATIONAL FIRE INSURANCE
        COMPANY OF HARTFORD,
26      AMERICAN CASUALTY COMPANY OF
        READING, PA, TRANSCONTINENTAL
27      INSURANCE COMPANY, VALLEY
        FORGE INSURANCE COMPANY,
28      COLUMBIA CASUALTY COMPANY,
        and TRANSPORTATION INSURANCE
        COMPANY

- 3 -

STIPULATION EXTENDING FIREMAN'S FUND'S TIME TO RESPOND TO AMENDED THIRD-PARTY COMPLAINT – 05-0391 MJJ

CARON, CONSTANTS & WILSON

Notice of Removal filed by Continental on that date;

WHEREAS, Continental served Fireman's Fund its Amended Third-Party Complaint on December 19, 2005;

WHEREAS, Fireman's Fund and Continental have stipulated that Fireman's Fund's response to the Amended Third-Party Complaint is due on or before February 9, 2006;

WHEREAS, Civil Local Rule 6-1 of the Northern District of California allows the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, . . . provided the change will not alter the date of any event or any deadline already fixed by Court order," and

WHEREAS, allowing Fireman's Fund additional time to respond to the Amended Third-Party Complaint will not alter the date of any event or deadline already fixed by Court order.

NOW THEREFORE IT IS HEREBY STIPULATED that Fireman's Fund shall have until February 9, 2006, to answer or otherwise respond to Continental's Third-Party Complaint.

DATED: January ___, 2006                    CARON, CONSTANTS & WILSON

                                            By: _____
                                                Jeffrey A. Tuckell
                                                Attorneys for Third-Party Defendant
                                                FIREMAN'S FUND INSURANCE
                                                COMPANY

DATED: January ___, 2006                    CARROLL, BURDICK & McDONOUGH LLP

                                            By: _____
                                                G. David Godwin
**IT IS SO ORDERED**                            Attorneys for Third-Party Plaintiffs
                                                CONTINENTAL CASUALTY COMPANY,
                                                NATIONAL FIRE INSURANCE
                                                COMPANY OF HARTFORD,
                                                AMERICAN CASUALTY COMPANY OF
_____                 READING, PA, TRANSCONTINENTAL
MARTIN J. JENKINS                               INSURANCE COMPANY, VALLEY
UNITED STATES DISTRICT JUDGE                    FORGE INSURANCE COMPANY,
1/12/2006                                       COLUMBIA CASUALTY COMPANY,
DATE                                            and TRANSPORTATION INSURANCE
                                                COMPANY

## PROOF OF SERVICE

I am employed in the City of Glendale, County of Los Angeles. I am over the age of eighteen years and not a party to the within action; my business address is 500 North Brand Boulevard, Suite 400, Glendale, California 91203.

On January 9, 2006, I served the foregoing document described as

STIPULATION EXTENDING FIREMAN'S FUND'S TIME TO RESPOND TO AMENDED

THIRD-PARTY COMPLAINT OF CONTINENTAL CASUALTY COMPANY, ET AL.

on the counsel for the interested party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

By United States Mail   I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and

_____ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

\_\_X\_\_ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at 500 North Brand Boulevard, Suite 400, Glendale, California 91203.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

DATED: January 9, 2006, at Glendale, California

*Vickie C. Heredia*
Vickie C. Heredia

## Service List
*Continental Casualty Co. v. Fireman's Fund, et al.*
United States District Court–Northern California, Case No. 05-cv-00391 MJJ

| Attorneys | Phone | Representing |
|---|---|---|
| Hans W. Herb, Esq.<br>Law Offices of Hans W. Herb<br>P.O. Box 970<br>Santa Rosa, CA 95402 | Tel. (707) 576-0757<br>Fax (707) 575-0304 | Plaintiff<br>Irving K. Kesler |
| G. David Godwin, Esq.<br>Robert Binion, Esq.<br>Carroll, Burdick & McDonough LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | Tel. (415) 989-5900<br>Fax (415) 989-0932 | Defendants and Third-Party Defendants Continental Casualty Co., National Fire Insurance Co. of Hartford, American Casualty Co. of Reading PA, Transcontinental Ins. Co., Valley Forge Ins. Co., Columbia Casualty Co., Transportation Ins. Co. |
| Mark Gamboa, Esq.<br>Colliau Elenius Murphy Carluccio Keener & Morrow<br>800 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90017 | Tel. (213) 996-8100<br>Fax (213) 996-8101 | |
| Heather Marie Mills, Esq.<br>Levy, Ram & Olson LLP<br>639 Front Street, Fourth Floor<br>San Francisco, CA 94111 | Tel. (415) 433-4949<br>Fax (415) 433-7311 | Third-Party Defendants Richard L. Bradley, West Coast Scrap Producers, Inc., West Coast Welders Supply Co., Inc. |
| Cameron Kirk, Jr., Esq.<br>Beyers Costin, P.C.<br>200 Fourth Street, Suite 400<br>P.O. Box 878<br>Santa Rosa, CA 95402-0878 | Tel. (707) 547-2000<br>Fax (707) 526-2746 | Third-Party Defendants Jack L. Gardner, West Coast Metals, Inc., William Whitman |
| Richard C. O'Hare, Esq.<br>Beyers Costin, P.C.<br>917 College Avenue<br>Santa Rosa, CA 95402 | Tel. (707) 545-0142<br>Fax (707) 526-3672 | |
| Shiraz D. Tangri, Esq.<br>David E. Cranston, Esq.<br>Greenberg Glusker Fields Claman Machtinger & Kinsella LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067-2100 | Tel. (310) 553-3610<br>Fax (310) 553-0687 | Cross-Defendant Union Pacific Railroad Co. |