LEVY, RAM & OLSON LLP
ARTHUR D. LEVY (SBN 95659)
HEATHER M. MILLS (SBN 215293)
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415/433-4949

Attorneys for Third-Party Defendants
WEST COAST WELDERS SUPPLY COMPANY, INC.;
WEST COAST SCRAP PRODUCERS, INC.; AND
RICHARD L. BRADLEY, as an individual and as Trustee
of the Richard L. Bradley Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING KESLER, an individual, | Case No. 05 00391 MJJ |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| CONTINENTAL CASUALTY COMPANY, an Illinois Insurance Company; *et al.*, | |
| Defendants. | |
| AND RELATED ACTIONS | |

Pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action on the following terms and conditions and request that the Court so order:

## RECITALS

This Stipulation is entered into by the parties in this action with reference to the following facts:

A.    On December 27, 2004, Plaintiff Irving Kesler ("Plaintiff" or "Kesler") filed an insurance coverage suit against "CNA Insurance Company (aka Continental Casualty Company;

CNA Casualty of California; National Fire Insurance Company of Hartford; Transcontinental Insurance Company; American Casualty Company of Reading, P.A. [sic]; Valley Forge Insurance Company; Columbia Casualty Company)" and Union Pacific Railroad Company ("Union Pacific") in an action in California State Superior Court, Sonoma County ("the Kesler Action"). The complaint requested declaratory relief with respect to both "CNA Insurance Company" and Union Pacific and relief for breach of contract, breach of the duty to defend, breach of the implied covenant of good faith and fair dealing, and violations of Sections 17200 and 17500 of the California Business and Professions Code.

B. On January 26, 2005, Continental Casualty Company ("Continental") removed the action to this Court, based on diversity jurisdiction. Continental also moved to dismiss "CNA Insurance Company" as a non-entity defendant erroneously sued.

C. On February 1, 2005, Continental filed a counter-claim against Kesler, a cross-claim against Union Pacific, and a third-party complaint for declaratory relief against West Coast Welders Supply Co., Inc. ("Welders Supply"), West Coast Scrap Producers, Inc. ("Scrap Producers"), West Coast Metals, Inc. ("West Coast Metals"), Pacific Junk, Inc. ("Pacific Junk"), Richard L. Bradley ("Bradley"), Jack L. Gardner ("Gardner"), William Whitman ("Whitman"), the legal representative of the Estate of Donald Kesler, and Roes 1-50.

D. On February 19, 2005, Kesler electronically filed a "Third-Party Complaint of Plaintiff and Counter-Defendant, Irving Kesler to Counter-Claim of Defendant Continental Casualty Company" against Continental Casualty Company; Transport Insurance Company; CNA Casualty of California; National Fire Insurance Company of Hartford; Transcontinental Insurance Company; American Casualty Company of Reading, Pa..; Valley Forge Insurance Company; and Columbia Casualty Company for false representations/advertising and seeking certain other relief.

E. On February 19, 2005, Kesler and Continental entered into a Stipulation for Amendment to Correct Party Defendant because Kesler erroneously sued Continental as "CNA Insurance Company." Kesler and Continental agreed that Kesler would amend his complaint to

1  removal all references to "CNA Insurance Company (aka Continental Casualty Company; CNA
2  Casualty of California; National Fire Insurance Company of Hartford; Transcontinental
3  Insurance Company; American Casualty Company of Reading, P.A. [sic]; Valley Forge
4  Insurance Company; Columbia Casualty Company)" and would refer to defendant as
5  "Continental Casualty Company;" and that Continental would withdraw its motion to dismiss
6  "CNA Insurance Company."

7    F.   On February 25, 2005, Kesler filed a First Amended Complaint naming
8  Continental as a defendant, as well as Union Pacific. It alleged causes of action for declaratory
9  relief against Continental and Union Pacific; and for breach of contract, breach of duty to
10 defend, breach of implied covenant of good faith and fair dealing, violation of Business &
11 Professions Code sections 17200 and 17500 against Continental.

12   G.   On April 18, 2005, third-party plaintiffs Scrap Producers and Bradley filed a
13 counterclaim against Continental for breach of written contract and breach of implied covenant
14 of good faith and fair dealing.

15   H.   On April 26, 2005, third-party plaintiffs West Coast Metals, Gardner, and
16 Whitman filed a counterclaim against Continental for breach of contract and breach of implied
17 covenant of good faith and fair dealing.

18   I.   On July, 29, 2005 "Continental Casualty Company, National Fire Insurance
19 Company of Hartford; American Casualty Company of Reading, P.A., Transcontinental
20 Insurance Company; Valley Forge Insurance Company; Columbia Casualty Company, and
21 Transportation Insurance Company" filed a Third Party Complaint against Welders Supply,
22 Scrap Producers, Bradley for declaratory relief and against Hartford Accident and Indemnity and
23 Great American Insurance Company for equitable contribution/reimbursement.

24   J.   On December 15, 2005, "Continental Casualty Company, National Fire Insurance
25 Company of Hartford; American Casualty Company of Reading, P.A., Transcontinental
26 Insurance Company; Valley Forge Insurance Company; Columbia Casualty Company, and
27 Transportation Insurance Company" filed an Amended Third Party Complaint against Welders
28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Supply, Scrap Producers, Bradley, West Coast Metals, Gardner, Whitman, Kesler, and Pacific Junk; and as Roe I, the unknown representative to the Estate of Donald S. Kesler, for declaratory relief; and against Fireman's Fund Insurance Company and some third-party defendants for indemnity/reimbursement.

## STIPULATIONS RE DISMISSALS

1.  All claims, cross-claims, counterclaims, and third-party claims against Union Pacific are hereby dismissed WITH PREJUDICE.

2.  The following are hereby dismissed WITHOUT PREJUDICE:

    (a) All third-party claims by Continental Casualty Company and Third-Party Defendants National Fire Insurance Company of Hartford; American Casualty Company of Reading, PA, Transcontinental Insurance Company; Valley Forge Insurance Company; Columbia Casualty Company; and Transportation Insurance Company against Fireman's Fund Insurance Company; and

    (b) All claims, cross-claims, counterclaims, and third party-claims for declaratory relief not dismissed pursuant to paragraph 1 of this Stipulation.

3.  To the extent not dismissed under paragraphs 1 or 2 of this Stipulation, all other claims, cross-claims, counterclaims, and third-party claims are hereby dismissed WITH PREJUDICE.

5.  Nothing in this Stipulation or the resulting dismissal shall be construed or interpreted to prejudice any future actions by or against Continental or any of its affiliated insurance companies (including but not limited to National Fire Insurance Company of Hartford; American Casualty Company of Reading, Pa.; Transcontinental Insurance Company; Valley Forge Insurance Company; Columbia Casualty Company, and Transportation Insurance Company) as to any claims that are not released under the settlement agreements entered in this action.

6.  Each party shall bear its own costs of suit, litigation expenses, and attorneys' fees in this action.

```
Dated: January 23, 2006        LAW OFFICES OF HANS HERB

                                By: /s/ Hans W. Herb
                                    Hans W. Herb
                                    Attorneys for Plaintiff IRVING K. KESLER

Dated: January ____, 2006       LEVY, RAM & OLSON LLP

                                By: _____
                                    Arthur D. Levy
                                    Attorneys for Cross-Complainants WEST COAST
                                    WELDERS SUPPLY COMPANY, INC.; WEST
                                    COAST SCRAP PRODUCERS, INC.; and
                                    RICHARD L. BRADLEY

Dated: January ____, 2006       CARROLL, BURDICK & McDONOUGH LLP

                                By: _____
                                    G. David Godwin
                                    Attorneys for Defendant/Third Party Claimant
                                    CONTINENTAL CASUALTY COMPANY

Dated: January ____, 2006       GREENBERG GLUSKER FIELDS CLAMAN
                                MACHTINGER & KINSELLA LLP

                                By: _____
                                    Shiraz D. Tangri
                                    Attorneys for Defendant/Cross-Defendant
                                    UNION PACIFIC RAILROAD COMPANY

Dated: January ____, 2006       BEYERS, COSTIN & CASE

                                By: _____
                                    Cameron Scott Kirk
                                    Attorneys for Third-Party Defendants
                                    WEST COAST METALS, INC.; JACK L.
                                    GARDNER; and WILLIAM WHITMAN
```

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated: January ____, 2006 | LAW OFFICES OF HANS HERB |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Hans W. Herb<br>Attorneys for Plaintiff IRVING K. KESLER |
| 6 | Dated: January 26, 2006 | LEVY, RAM & OLSON LLP |
| 7 | | |
| 8 | | By: *[signature]*<br>Arthur D. Levy |
| 9 | | Attorneys for Cross-Complainants WEST COAST WELDERS SUPPLY COMPANY, INC.; WEST COAST SCRAP PRODUCERS, INC.; and RICHARD L. BRADLEY |
| 11 | Dated: January ____, 2006 | CARROLL, BURDICK & McDONOUGH LLP |
| 13 | | By: _____ |
| 14 | | G. David Godwin<br>Attorneys for Defendant/Third Party Claimant CONTINENTAL CASUALTY COMPANY |
| 16 | Dated: January ____, 2006 | GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP |
| 18 | | By: _____ |
| 19 | | Shiraz D. Tangri<br>Attorneys for Defendant/Cross-Defendant UNION PACIFIC RAILROAD COMPANY |
| 21 | Dated: January ____, 2006 | BEYERS, COSTIN & CASE |
| 22 | | By: _____ |
| 23 | | Cameron Scott Kirk<br>Attorneys for Third-Party Defendants WEST COAST METALS, INC.; JACK L. GARDNER; and WILLIAM WHITMAN |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Page 5

```
 1
 2  Dated: January ____, 2006        LAW OFFICES OF HANS HERB
 3
 4                                    By: _____
                                          Hans W. Herb
 5                                        Attorneys for Plaintiff IRVING K. KESLER
 6
 7  Dated: January ____, 2006        LEVY, RAM & OLSON LLP
 8                                    By: _____
                                          Arthur D. Levy
 9                                        Attorneys for Cross-Complainants WEST COAST
                                          WELDERS SUPPLY COMPANY, INC.; WEST
10                                        COAST SCRAP PRODUCERS, INC.; and
                                          RICHARD L. BRADLEY
11
    Dated: January 27, 2006          CARROLL, BURDICK & McDONOUGH LLP
12
13
                                      By: /s/ G. David Godwin
14                                        G. David Godwin
                                          Attorneys for Defendant/Third Party Claimant
15                                        CONTINENTAL CASUALTY COMPANY

16  Dated: January ____, 2006        GREENBERG GLUSKER FIELDS CLAMAN
                                      MACHTINGER & KINSELLA LLP
17
18
                                      By: _____
19                                        Shiraz D. Tangri
                                          Attorneys for Defendant/Cross-Defendant
20                                        UNION PACIFIC RAILROAD COMPANY

21  Dated: January ____, 2006        BEYERS, COSTIN & CASE
22
                                      By: _____
23                                        Cameron Scott Kirk
                                          Attorneys for Third-Party Defendants
24                                        WEST COAST METALS, INC.; JACK L.
                                          GARDNER; and WILLIAM WHITMAN
25
26
27
28
    STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
                                                                          Page 5
```

1
2  Dated: January _____, 2006        LAW OFFICES OF HANS HERB
3
4                                    By: _____
                                         Hans W. Herb
5                                        Attorneys for Plaintiff IRVING K. KESLER
6
7  Dated: January _____, 2006        LEVY, RAM & OLSON LLP
8                                    By: _____
                                         Arthur D. Levy
9                                        Attorneys for Cross-Complainants WEST COAST
                                         WELDERS SUPPLY COMPANY, INC.; WEST
10                                       COAST SCRAP PRODUCERS, INC.; and
                                         RICHARD L. BRADLEY
11
12 Dated: January _____, 2006        CARROLL, BURDICK & McDONOUGH LLP
13
14                                   By: _____
                                         G. David Godwin
15                                       Attorneys for Defendant/Third Party Claimant
                                         CONTINENTAL CASUALTY COMPANY
16 Dated: January 26, 2006           GREENBERG GLUSKER FIELDS CLAMAN
                                     MACHTINGER & KINSELLA LLP
17
18
                                     By: ___/s/ Shiraz D. Tangri_____
19                                       Shiraz D. Tangri
                                         Attorneys for Defendant/Cross-Defendant
20                                       UNION PACIFIC RAILROAD COMPANY
21 Dated: January _____, 2006        BEYERS, COSTIN & CASE
22
                                     By: _____
23                                       Cameron Scott Kirk
                                         Attorneys for Third-Party Defendants
24                                       WEST COAST METALS, INC.; JACK L.
                                         GARDNER; and WILLIAM WHITMAN
25
26
27
28
   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
                                                                        Page 5

```
 1
 2  Dated: January ____, 2006        LAW OFFICES OF HANS HERB
 3
 4                                   By: _____
 5                                       Hans W. Herb
                                         Attorneys for Plaintiff IRVING K. KESLER
 6
 7  Dated: January ____, 2006        LEVY, RAM & OLSON LLP
 8                                   By: _____
                                         Arthur D. Levy
 9                                       Attorneys for Cross-Complainants WEST COAST
                                         WELDERS SUPPLY COMPANY, INC.; WEST
10                                       COAST SCRAP PRODUCERS, INC.; and
                                         RICHARD L. BRADLEY
11
    Dated: January ____, 2006        CARROLL, BURDICK & McDONOUGH LLP
12
13
                                     By: _____
14                                       G. David Godwin
                                         Attorneys for Defendant/Third Party Claimant
15                                       CONTINENTAL CASUALTY COMPANY

16  Dated: January ____, 2006        GREENBERG GLUSKER FIELDS CLAMAN
                                     MACHTINGER & KINSELLA LLP
17
18
                                     By: _____
19                                       Shiraz D. Tangri
                                         Attorneys for Defendant/Cross-Defendant
20                                       UNION PACIFIC RAILROAD COMPANY

21  Dated: January 23, 2006          BEYERS, COSTIN & CASE
22
                                     By: _____
23                                       Cameron Scott Kirk
                                         Attorneys for Third-Party Defendants
24                                       WEST COAST METALS, INC.; JACK L.
                                         GARDNER; and WILLIAM WHITMAN
25
26
27
28
```

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Page 5

1 | Dated: January 27, 2006

CARON CONSTANTS & WILSON

By: _____
JEFFREY A. TURKELL
Attorneys for Third-Party Defendant
FIREMAN'S FUND INSURANCE CO.

**ORDER**

IT IS SO ORDERED.

Dated: January 31, 2006

_____
The Honorable Martin J. Jenkins
United States District Judge

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

F:\Docs\301-06\Pleadings\Stipulation for Dismissal.7.wpd

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Page 6